

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2018

No. 04-17-00332-CV

**AME & FE INVESTMENTS, LTD.,**
Appellant

v.

**NEC NETWORKS, LLC**, dba CaptureRX,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-11952
Honorable David A. Canales, Judge Presiding

## O R D E R

On July 10, 2018, appellee filed a motion for extension of time in which to file its brief. The original due date for appellee's brief is July 18, 2018. Appellee requests an extension of thirty-one (31) days. We GRANT appellee's motion for extension of time in which to file its brief. Appellee's brief is due on or before August 20, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court